ANTHONY MARTINESE, Appellant, v. PORT TRADING CORP., Respondent.— Appeal from a judgment dismissing the plaintiff's complaint in an action brought to foreclose a mechanic's lien. Judgment and order of the County Court, Albany County, and judgment of the City Court of Albany, reversed, on the law and facts, and plaintiff granted judgment in accordance with the prayer of the complaint, with costs in all courts. Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ., concur.

COUNTY TRANSPORTATION COMPANY, INC., Respondent, v. MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.— The stay granted December 5, 1947, in the order to show cause, is continued until this court finally decides the appeal. Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ., concur. [189 Misc. 743.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN L. BRADBURY, SR., Appellant.— Appeal from a judgment of conviction entered on a plea of guilty to the crime of receiving stolen property as a misdemeanor and from a sentence of six months in the Broome County jail. Judgment and sentence unanimously affirmed. Present — Hill, P. J., Brewster, Foster, Russell and Deyo, JJ.

## FOURTH DEPARTMENT, JANUARY, 1948.

### (January 14, 1948.)

IRVING K. BAXTER, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 1284.) — Order affirmed, without costs of this appeal to either party. All concur. (The order denies claimant's motion for permission to file a claim against the State for assault and battery, false arrest, false imprisonment and malicious prosecution, pursuant to section 10 of the Court of Claims Act.) Present — McCurn, Larkin, Love, Vaughan and Kimball, JJ. [189 Misc. 525.]

In the Matter of DAVID SEGEL, Appellant, against ARTHUR J. WESTPHAL et al., Constituting the Zoning Board of Appeals of Buffalo, et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies the prayer of petitioner and dismisses the petition in a proceeding to review the action of respondents in granting a permit for poultry storage for premises in the city of Buffalo without allegedly requisite consent.) Present — McCurn, Larkin, Love, Vaughan and Kimball, JJ.

In the Matter of MARIE E. ZAHM, Petitioner, against DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al., Respondents.— Determination confirmed, with $50 costs and disbursements. All concur. (Proceeding to review the determination of the director of licenses in suspending petitioner's real estate broker's license after a hearing pursuant to section 441-e of the Real Property Law.) Present — McCurn, Larkin, Love, Vaughan and Kimball, JJ.